IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | |
| § | |
| RICHARD WESLEY LANSDALE, JR. § | |
| DOMINIC M. DOMINGUEZ § | |
| ALEJANDRO ANTONIO BARRAGAN § | CRIMINAL NO. H-10-302 |
| EDGAR R. BARRAGAN § | (J. Harmon) |
| PATRICK JAMES BATISTE § | |
| DARICK WAYNE COLEMAN § | |
| PAUL DEWAYNE HAMMAN § | |
| KENNETH LEE WASHINGTON § | |
| CHARLES LEONARD TURK § | |
| JASON WADE FLANAGAN § | |
| JAMES EUGENE PASHIA § | |

## NOTICE OF APPEARANCE

TO THE HONORABLE MELINDA HARMON;

Defendant, RICHARD WESLEY LANSDALE, JR., gives notice to the Court that James Ardoin will be appearing as an attorney of record in the above styled and numbered case.

DATED: May 27, 2010.

Respectfully submitted,

**COGDELL & ARDOIN, LLC**
1401 McKinney St., Suite 1625
Houston, Texas 77010
Phone: (713) 426-2244
Fax: (713) 426-2255

*/s/ James Ardoin*
JAMES ARDOIN
State Bar No. 24045420
S.D. Tex No. 571281

*Attorney for Defendant*
*RICHARD WESLEY LANSDALE, JR.*

1

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct of the above and foregoing was served upon all parties via the CM/ECF system.

                */s/ James Ardoin*
                JAMES ARDOIN